2:24-cv-88-TBM-RPM

FILED JUN 18 2024 ARTHUR JOHNSTON BY _____ DEPUTY

6-12-24

My name is DeMarcus Atterberry and i'm being held at the Clarke county jail in Quitman MS on felony charges, but i'm being held inside a solitary cell over the amount of days that i was suppose to serve due to diciplinary actions. I'm being locked down earlier + treated very unfairly than any other person inside this jail. I've been called names, sprayed with pepper spray + denied medical assist. I don't get checked on for any emergency reasons like a professional staff usually does. I'm getting handled badly + segregated away from population with other inmates. I'm asking you all to help me in the setuation that i present to you in a form of pain + unusual punishment.

DeMarcus L. Atterberry (MDOC#) 159657