IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**DEMARCUS L. ATTERBERRY**                                                   **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 2:24-cv-00088-TBM-RPM**

**JOHN DOE, et al.**                                                            **DEFENDANTS**

## **FINAL JUDGMENT**

This cause is before the Court *sua sponte* for consideration of dismissal. Pursuant to the Memorandum Opinion and Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this cause is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED**, this the 26th day of November, 2024.

                                                         **TAYLOR B. McNEEL**
                                                   **UNITED STATES DISTRICT JUDGE**